UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:14-CV-211-FL

| | | |
|---|---|---|
| BARNHILL CONTRACTING COMPANY, AS PLAN SPONSOR, ADMINISTRATOR AND FIDUCIARY OF THE BARNHILL CONTRACTING COMPANY EMPLOYEE HEALTH PLAN, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT** |
| PAULA OXENDINE, ROY C. BAIN, BAIN AND RODZIK, PLLC, DAVIE LYNN SMITH AND STORM BUILDERS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, it has made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Plaintiff's Motion for Entry of Default, that Defendant Paula Oxendine is subject to default as provided by Rule 55(a) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendant Paula Oxendine in this action.

_Julie Richards Johnston_  2/9/2015

CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
NORTH CAROLINA