UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| BARNHILL CONTRACTING COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | **DEFAULT JUDGMENT** No. 7:14-CV-211-FL |
| PAULA OXENDINE; DAVIE LYNN SMITH; STORM BUILDERS, INC.; ROY BAIN; and BAIN & RODZIK, PC | ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's Motion for Default Judgment as to defendant Paula Oxendine.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered March 17, 2015, and for the reasons set forth more specifically therein, that plaintiff's Motion for Default Judgment is granted. Defendant Paula Oxendine is enjoined from disbursing, spending, or converting any moneys recovered from, or on behalf of, defendants Davie Lynn Smith and/or Storm Builders, an equitable lien by agreement is established, and pursuant to said lien, and in light of defendant Paula Oxendine's admitted breach, plaintiff is entitled to recover damages in an amount of $69,117.31, plus interest and attorney's fees, and the costs of the action.

**This Judgment Filed and Entered on March 17, 2015, and Copies To:**
Benton Louis Toups (via CM/ECF Notice of Electronic Filing)
B. Danforth Morton (via CM/ECF Notice of Electronic Filing)
J. Scott Lewis (via CM/ECF Notice of Electronic Filing)
Paula Oxendine (via U.S. Mail) 181 Cumbee Road S.W., Supply, NC 28459

This 17th day of March, 2015.            JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk