UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| BARNHILL CONTRACTING COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT**<br><br>No. 7:14-CV-211-FL |
| DAVIE LYNN SMITH; STORM BUILDERS, INC.; ROY BAIN; BAIN & RODZIK PC; and PAULA OXENDINE, | ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees as to defendant Paula Oxendine.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered March 27, 2015, and for the reasons set forth more specifically therein, that plaintiff's motion for attorney's fees is allowed to the extent set forth. Plaintiff is entitled to recover from defendant Paula Oxendine attorney's fees in the amount of $3,000.00, together with costs in the amount of $400.00

**This Judgment Filed and Entered on April 6, 2015, and Copies To:**
Benton Louis Toups (via CM/ECF Notice of Electronic Filing)
B. Danforth Morton (via CM/ECF Notice of Electronic Filing)
J. Scott Lewis (via CM/ECF Notice of Electronic Filing)
Paula Oxendine (via U.S. Mail) 181 Cumbee Road, S.W., Shallotte, NC 28459

This 6th day of April, 2015.              JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk