UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:14-CV-211-FL

| | |
|---|---|
| BARNHILL CONTRACTING COMPANY, AS PLAN SPONSOR, ADMINISTRATOR AND FIDUCIARY OF THE BARNHILL CONTRACTING COMPANY EMPLOYEE HEALTH PLAN, <br><br> Plaintiff, <br><br> v. <br><br> PAULA OXENDINE, ROY C. BAIN, BAIN AND RODZIK, PLLC, <br><br> Defendants. | **ORDER** |

This matter is before the Court on the Joint Motion of Plaintiff Barnhill Contracting Company and Defendants Roy C. Bain and Bain and Rodzik, PLLC to be excused from mediation. The Court finds that the parties have demonstrated good cause to be excused from mediation; therefore, it is ordered that the parties are excused from mediation pursuant to Local Alternative Dispute Resolution Rule 101.1a(e).

This the 29th day of January, 2016.

_____
U.S. District Judge Louise W. Flanagan